Colegio de Abogados de Puerto
    Rico,

        Querellante,
            v.
Juana Garriga y otros,
        Querellados,

                NÚM. O-77-431

                                    Querella

            RESOLUCIÓN

    San Juan, Puerto Rico, a 23 de noviembre de 1977

El Colegio de Abogados de Puerto Rico ha comparecido ante este Tribunal—representado por su Presidente—radicando una querella contra varios abogados que no han satisfecho las cuotas de colegiación. A continuación se transcribe la exposición tercera del escrito radicado por el Colegio peticionario:

Que los siguientes querellados no han satisfecho las cuotas que se indican a continuación:

*Años 1965 al 1977*                    $720.00
    Juana Garriga

*Años 1966 al 1977*                    $660.00
    Margarita Seijo Tizol

*Años 1967 al 1977*                    $600.00
    Manuel Maldonado Pacheco

*Años 1968 al 1977*                    $540.00
    Jorge Rocafort
    Enrique Bird Piñero

*Años 1972 al 1977*                    $360.00

    Antonio Cruz Reyes
    Luis A. Lugo, Jr.
    Ofelio Rosado Mojica
    Mabel Ruiz Soto
    Octavio San Miguel Griffo
    Enrique Vázquez Báez

*Años 1973 al 1977*                    $300.00

    Gilberto Alfaro Berríos
    Frances Berríos Agosto
    Ada Ivette Fournier Negroni
    Santiago J. López Maldonado
    Walter Pierluisi Tirado
    José A. Quiles Espinosa
    Leopoldo Rivera Rodríguez
    José Rodríguez Guasp
    Celedonio Rodríguez Soto
    Rafael Rosario Hernández
    Luis A. Rosario Quiles
    José Torres Ortiz
    César E. Urrutia Morera
    Lillian Verges de Morales

*Años 1974 al 1977*                    $240.00

    Rafael Carrión Santiago
    Eugenio Cornier
    Nelson Escalona Vincenty
    Héctor González López
    Lester Loyola Rivera
    Sylvia Matos Pons
    Clemente Morales Torres
    Félix Nevárez Zavala
    Ludmilia Rivera Burgos
    Jorge J. Romany
    Roberto E. Schneider

*Años 1975 al 1977* $180.00

Luis Aponte Aponte
Jorge L. Arroyo Fernández
Wilson F. Colberg
Osvaldo Goyco Monagas
Dionisio Manzano Martínez
Noelia Martí
César A. Melecio
Haydeé Morales Piovanetti
Luis C. Morera
Armando Orraca López
Emilio E. Piñero Ferrer
José Fabián Quiles
Juan P. Quiñones Rivera
Ferdinand Rivera Ortega
Rafael Rodríguez Mena
Lydia Torres González

*Años 1976 al 1977* $120.00

Ramiro Agosto Carrillo
Francisco Arroyo González
Juan Báez Torres
John Bello Hernández
Rafael M. Buscaglia, Hijo
José E. Cabrera
Cayetano Coll Pujol
Luis R. Collazo Sainz
Víctor Luis Colón Rodríguez
Francisco Criado Vázquez
Olga Cuebas Vázquez
Héctor A. Deliz Barreda
Héctor J. Figueroa Vincenty
Luis A. Garrastegui Pellicia
María del Carmen Garriga Morales
Nicolás Gautier Vega

José A. González López
Víctor Gutiérrez Fernández
Pamy Hernández Bello
José L. Hernández Usera
Rafael Laborde Vega
Jorge L. Laboy Rodríguez
Nylda M. Landrón Bou
Adeline L. Landrón Delgado
José O. Leduc Cruz
Segismundo López Rodríguez
Carlos Eduardo Lube
José G. Marrero Luna
Rafael A. Marzán Robles
Celeste Mattina Canales
José J. Medina Méndez
Claudio D. Ortiz Lebrón
Oscar Ortiz Martínez
Carlos A. Ortiz Morales
Miguel A. Ortiz Valle
Federico Pizarro Santiago
Héctor L. Ramos Díaz
Alfredo Ríos Blas
Nilda Rodríguez Forteza-Mejía
José L. Rodríguez Mangual
Víctor Sánchez Fernández
Franco T. Sánchez Ferreri
Juan E. Santana Suárez
Crysell S. Torres Cruz
Annette Ubiñas Emanuelli
José R. Vázquez Deynes
Eduardo Villar Sicardó

El Art. 10 de la ley que crea el Colegio de Abogados (4 L.P.R.A. sec. 781) dispone que "cualquier miembro que no pague su cuota y que en los demás respectos esté calificado como miembro del Colegio quedará suspendido como tal miem-

bro, pero podrá rehabilitarse mediante el pago de lo que adeude por aquel concepto." Por otra parte, el Art. 3 (4 L.P.R.A. sec. 774) de dicha ley dispone que ninguna persona que no sea miembro del mismo podrá ejercer la profesión de abogado en el Estado Libre Asociado. Estos dos artículos, considerados juntamente, disponen que cualquier colegiado que no pague su cuota no podrá ejercer la profesión de abogado en el Estado Libre Asociado. El Art. 12 de dicha ley establece sanciones penales para el ejercicio ilegal de la abogacía.

Consideradas las referidas disposiciones de ley y atendiendo a la súplica del escrito presentado por el Colegio peticionario, se concede a cada uno de los querellados un término de 20 días para que comparezca a mostrar causa—si alguna tuviere—por la cual no deba ser separado de la profesión de abogado.

Notifíquese a cada uno de los querellados y publíquese para conocimiento de la profesión.

Lo acordó el Tribunal y certifica el Secretario. El Juez Presidente Señor Trías Monge y el Juez Asociado Señor Rigau no intervinieron.

(Fdo.) Ernesto L. Chiesa

*Secretario General*